UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LORRAINE MARIE HEROLD,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION<br><br>    Defendant. | Civil No. 3:25-cv-01460-YY<br><br><br>ORDER |

IT IS HEREBY ORDERED, based upon the Stipulation to Voluntary Remand Pursuant To Sentence Four of 42 U.S.C. § 405(g), that the above-captioned action be remanded to the Commissioner of Social Security. On remand, the Commissioner will offer Plaintiff an opportunity for a hearing and issue a new decision. After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 21st day of May, 2026.

_____/s/ Youlee Yim You_____

UNITED STATES MAGISTRATE JUDGE